DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BILLY DEAN DAVIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-4273

[April 6, 2016]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. 82-5979 CF10B.

Billy Dean Davis, Bushnell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Atwell v. State,* 128 So. 3d 167 (Fla. 4th DCA 2013), *rev. granted,* 160 So. 3d 892 (Fla. 2014).

STEVENSON, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***